UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR35-V |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| **WILLIAM RONALD HASH** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **WILLIAM RONALD HASH** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

This 24th day of October, 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE